In re ESTATE of Cordelia Y. ABENDROTH, CITY BANK FARMERS TRUST CO., as Executor, etc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

ESTATE of Kate Read BLACQUE, CITY BANK FARMERS TRUST CO., as Executor, etc., Petitioner, v. SAME.

Nos. 82, 83.

Circuit Court of Appeals, Second Circuit.

Oct. 8, 1940.

Writ of Certiorari Granted Nov. 18, 1940.

See 61 S.Ct. 171, 85 L.Ed. ——.

Rollin Browne, of New York City, for petitioners.

Harry Marselli, of Washington, D. C., for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Orders affirmed in open court on authority of Saks v. Higgins, 2 Cir., 111 F 2d 78.

---

William CANTEY, Appellant, v. McLAIN LINE, Inc., and McLain Carolina Line, Inc., Appellees.

No. 32.

Circuit Court of Appeals, Second Circuit.

Oct. 28, 1940.

Paul C. Matthews, of New York City, for appellant.

Charles F. Welch, of New York City, for appellees.

PER CURIAM.

Decree, 32 F.Supp. 1023, affirmed on the authority of Diomede v. Lowe, 2 Cir., 87 F.2d 296.

---

Orise R. FUSELIER, Appellant, v. Joseph W. SANFORD, Warden, U. S. Penitentiary, Atlanta, Ga., Appellee.

No. 9666.

Circuit Court of Appeals, Fifth Circuit.

Oct. 26, 1940.

Orise R. Fuselier, in pro. per.

Lawrence S. Camp, U. S. Atty., and John J. Flynt, Jr., and Harvey H. Tisinger, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The sentences, imposed at the same time, are plainly consecutive and not concurrent. The trial court can now by order settle any question about which comes first, if necessary. The sentences are not void.

Judgment affirmed.